AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MELANI HENKLE *Plaintiff(s)* v. PALM BAY INTERNATIONAL, INC. *Defendant(s)* | Civil Action No. 9:23-cv-80427 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PALM BAY INTERNATIONAL, INC.
C/O REGISTERED AGENT
CORPORATE CREATIONS NETWORK INC.
801 US HIGHWAY 1
NORTH PALM BEACH, FL 33408

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marc A. Burton & Richard J. Burton
The Burton Firm, P.A.
2875 NE 191 Street #403
Aventura, FL 33180
305-705-0888
pleadings@theburtonfirm.com, mburton@theburtonfirm.com, rb@theburtonfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                              _____
                                                   *Signature of Clerk or Deputy Clerk*