## **RETURN OF SERVICE**

State of Florida        County of SOUTHERN        District Court

Case Number: 9:23-CV-80427-RS

Plaintiff: **MELANI HENKLE**
vs.
Defendant: **PALM BAY INTERNATIONAL, INC.**

For:
Richard J. Burton
THE BURTON FIRM
2875 N.E. 191 STREET
SUITE 403
AVENTURA, FL 33180

Received by Caplan, Caplan & Caplan Process Servers on the 20th day of March, 2023 at 4:30 pm to be served on **PALM BAY INTERNATIONAL, INC C/O REGISTERED AGENT: CORPORATE CREATIONS NETWORK INC., 801 US HIGHWAY 1, NORTH PALM BEACH, FL 33408**

I, NIXON FLEURIMOND, do hereby affirm that on the **22nd day of March, 2023** at **11:35 am, I:**

served a **CORPORATION, REGISTERED AGENT** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **CORPORATE CREATIONS NETWORK INC.** as **REGISTERED AGENT** at the address of: **801 US HIGHWAY 1, NORTH PALM BEACH, FL 33408** on behalf of **PALM BAY INTERNATIONAL, INC C/O REGISTERED AGENT: CORPORATE CREATIONS NETWORK INC**, and informed said person of the contents therein, in compliance with Florida State Statute 48.091.

**Additional Information pertaining to this Service:**
Served Alecia Ybarra Administrative Assistant employee of registered agent

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing Return of Service and that the facts stated in it are true and correct. No notary is required pursuant FS 92.525(2) and 28 USC Section 1746.

_____
**NIXON FLEURIMOND**
1316

**Caplan, Caplan & Caplan Process Servers**
**12505 Orange Drive**
**Suite 907**
**Davie, FL 33330**
**(305) 374-3426**

Our Job Serial Number: CPN-2023010086
Service Fee: _____



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

MELANI HENKLE

*Plaintiff(s)*

v.

PALM BAY INTERNATIONAL, INC.

*Defendant(s)*

Civil Action No. 9:23-cv-80427-RS

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

PALM BAY INTERNATIONAL, INC.
C/O REGISTERED AGENT
CORPORATE CREATIONS NETWORK INC.
801 US HIGHWAY 1
NORTH PALM BEACH, FL 33408

DELIVERED 3/22/2023 11:35 AM
SERVER NF
LICENSE 1316

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Marc A. Burton & Richard J. Burton
The Burton Firm, P.A.
2875 NE 191 Street #403
Aventura, FL 33180
305-705-0888
pleadings@theburtonfirm.com, mburton@theburtonfirm.com, rb@theburtonfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: Mar 20, 2023

s/ A. Alonso
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court