UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 9:23-cv-80427 Smith

MELANI HENKLE,

    Plaintiff,

v.

PALM BAY INTERNATIONAL, INC.,

    Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Palm Bay International, Inc., ("Defendant"), by and through its undersigned counsel, hereby moves, unopposed for a two-week extension of time to respond to Plaintiff's Complaint ("Complaint") and in support states as follows:

1. Plaintiff filed suit for (1) Sex Discrimination in Violation of Title VII of the Civil Rights Act of 1964; (2) Sex Discrimination in Violation of The Florida Civil Rights Act of 1992; (3) Age Discrimination in Violation of The Age Discrimination in Employment Act; (4) Age Discrimination in Violation of The Florida Civil Rights Act of 1992; (5) Retaliation in Violation of Title VII of the Civil Rights Act of 1964; Retaliation in Violation of The Florida Civil Rights Act of 1992.

2. Defendant's response to Plaintiff's Complaint is currently due on Wednesday, April 12, 2023.

3. Undersigned counsel was recently retained and as such requires additional time to confer with his client, investigate the claims, and prepare Defendant's response to the Complaint.

Case No. 9:23-cv-80427 Smith

4. Accordingly, Defendant respectfully requests a two-week extension of time to file its response, through and including Wednesday, April 26, 2023.

5. This Motion is being made in good faith and for no improper purpose. No parties will be prejudiced.

6. The undersigned further certifies that this Motion is not being made to delay these proceedings and that it is in the interest of justice to grant an extension of time.

7. A proposed Order granting the instant Motion is submitted concurrently herewith.

WHEREFORE, Defendant Palm Bay International, Inc., respectfully requests that the Court grant Defendant an extension of time through and including Tuesday, June 30, 2020, to file its response to Plaintiff's Complaint.

### CERTIFICATE OF CONFERRAL

Pursuant to S.D. Fla. Local Rule 7.1, I hereby certify that I contacted Plaintiff's counsel, Richard Burton, Esq., via electronic mail on April 10, 2023, regarding the relief requested in this Motion. Plaintiff's counsel stated that Plaintiff does not oppose the relief sought herein.

Dated: April 12, 2023

Respectfully submitted,

By: *s/ Jodi N. Cohen*
Paul F. Penichet, Esq.
Florida Bar No. 0899380
E-mail: *paul.penichet@jacksonlewis.com*
Jodi N. Cohen Esq.
Florida Bar No. 590231
Email: *jodi.cohen@jacksonlewis.com*

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone:  305-577-7600
Facsimile:  305-373-4466

*Counsel for Defendant*

Case No. 9:23-cv-80427 Smith

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on April 120, 2023, on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

                                 *s/ Jodi N. Cohen*
                                 Jodi N. Cohen, Esq.

## SERVICE LIST

**UNITED STATES DISTRICT COU**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

*Melani Henkle v. Palm Bay International, Inc.*
**Case No. 9:23-cv-80427 Smith**

| | |
|---|---|
| Richard Burton, Esq. (179337)<br>Email: rb@theburtonfirm.com<br>Marc Burton, Esq. (95318)<br>Email: mburton@theburtonfirm.com<br>pleadings@theburtonfirm.com<br><br>THE BURTON FIRM, P.A.<br>2875 N.E. 191st Street, Suite 403<br>Aventura, FL33180<br>Telephone: (305) 705-0888<br><br>*Counsel for Plaintiff* | Paul F. Penichet, Esq. (0899380)<br>Email: *paul.penichet@jacksonlewis.com*<br>Jodi N. Cohen, Esq. (590231)<br>E-mail: *jodi.cohen@jacksonlewis.com*<br><br>JACKSON LEWIS P.C.<br>One Biscayne Tower, Suite 3500<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 577-7600<br><br>*Counsel for Defendant* |

4864-3263-3948, v. 1