UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 9:23-cv-80427 Smith

MELANI HENKLE,

    Plaintiff,

v.

PALM BAY INTERNATIONAL, INC.,

    Defendant.
_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

**THIS MATTER** having come before the Court upon Defendant, Palm Bay International, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint ("Complaint"), and the Court having reviewed this matter and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that Defendant's Motion is GRANTED. The Defendant shall have until Wednesday, April 26, 2023 to respond to Plaintiff's Complaint.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida, this _____ day of _____ 2023.

                                                      Rodney Smith
                                                     United States District Judge

Copies furnished to all counsel of record

4875-7892-4124, v. 1