UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 9:23-CV-80427-RS

MELANI HENKLE,

    Plaintiff,

v.

PALM BAY INTERNATIONAL, INC.,

    Defendant.
_____/

## NOTICE OF ATTORNEY APPEARANCE

PLEASE TAKE NOTICE that Paul F. Penichet, Esq. of the law firm of Jackson Lewis P.C., hereby makes his appearance as counsel for Defendant, PALM BAY INTERNATIONAL, INC., in the above-captioned matter, and requests that all pleadings, correspondence, and other documents regarding this case be forwarded to the attention of the undersigned.

Dated:  April 17, 2023

                                          Respectfully submitted,

                                          JACKSON LEWIS P.C.
                                          One Biscayne Tower, Suite 3500
                                          Two South Biscayne Boulevard
                                          Miami, Florida 33131
                                          Telephone: (305) 577-7600

                                          *s/ Paul F. Penichet*
                                          Paul F. Penichet, Esq.
                                          Florida Bar No. 899380
                                          Email: *paul.penichet@jacksonlewis.com*
                                            Jodi Cohen, Esq.
                                          Florida Bar No. 590231
                                          Email: *jodi.cohen@jacksonlewis.com*

                                          *Attorneys for Defendant*

CASE NO.: 23-CV-80427-RS

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Paul F. Penichet*
Paul F. Penichet, Esq.

## SERVICE LIST

| | |
|---|---|
| Richard Burton, Esq.<br>Florida Bar No. 179337<br>Email: *rb@theburtonfirm.com*<br>Marc Burton, Esq.<br>Florida Bar No. 95318<br>Email: *mburton@theburtonfirm.com*<br>THE BURTON FIRM, P.A.<br>2875 N.E. 191st Street, Suite 403<br>Aventura, FL 33180<br>Telephone: (305) 705-0888<br><br>*Counsel for Plaintiff* | Paul F. Penichet, Esq.<br>Florida Bar No. 0899380<br>Email: *paul.penichet@jacksonlewis.com*<br>Jodi N. Cohen, Esq.<br>Florida Bar No. 590231<br>Email: *jodi.cohen@jacksonlewis.com*<br>JACKSON LEWIS P.C.<br>One Biscayne Tower, Suite 3500<br>2 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 577-7600<br><br>*Counsel for Defendant* |