UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 9:23-cv-80427-RS

**MELANI HENKLE,**

 *Plaintiff,*

vs.

**PALM BAY INTERNATIONAL, INC.,**

 *Defendant.*
_____/

**NOTICE OF FILING AMENDED COMPLAINT
WITH CONSENT OF DEFENDANT**

 Plaintiff, Melani Henkle, through her counsel, respectfully gives notice of filing her Amended Complaint as ECF No. 8. In support, Plaintiff states as follows:

 The Amended Complaint is filed because Defendant, Palm Bay International, Inc., requested that Plaintiff make certain revisions to the operative pleading, which Plaintiff agreed to make.

 Because more than 21 days have passed since service of the initial pleading in this action, and because Defendant has not filed a responsive pleading or motion under Rule 12(b), (e), or (f), Plaintiff is unable to amend as a matter of course pursuant to Rule 15(a)(1).

 Nevertheless, Defendant has consented in writing to the filing of the Amended Complaint, as permitted by Rule 15(a)(2).

Respectfully submitted,
*Counsel for Plaintiff Melani Henkle*

**THE BURTON FIRM, P.A.**
2875 N.E. 191st Street, Suite 403
Aventura, Florida 33180
(305) 705-0888
pleadings@theburtonfirm.com
rb@theburtonfirm.com
mburton@theburtonfirm.com

By: /s/ Marc A. Burton
    Marc A. Burton    Fla. Bar No. 95318
    Richard J. Burton  Fla. Bar No. 179337

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 25, 2023, a true and correct copy of the foregoing was served through the CM/ECF system on all persons listed on the attached service list.

By: /s/ Marc A. Burton
    Marc A. Burton    Fla. Bar No. 95318

## SERVICE LIST

*Melani Henkle v. Palm Bay International, Inc.*
Case No. 9:23-cv-80427-RS

Marc A. Burton, Esq.
Richard J. Burton, Esq.
THE BURTON FIRM, P.A.
2875 N.E. 191st Street, Suite 403
Aventura, Florida 33180
(305) 705-0888
pleadings@theburtonfirm.com
rb@theburtonfirm.com
mburton@theburtonfirm.com
*Counsel for Plaintiff, Melani Henkle*

Paul F. Penichet, Esq.
Jodi Cohen, Esq.
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, Florida 33131
(305) 577-7600
paul.penichet@jacksonlewis.com
jodi.cohen@jacksonlewis.com
*Counsel for Defendant, Palm Bay International, Inc.*