UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 9:23-cv-80427-SMITH

MELANI HENKLE,

    Plaintiff,

v.

PALM BAY INTERNATIONAL, INC.,

    Defendant.

_____/

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant, Palm Bay International, Inc., ("Defendant"), by and through its undersigned counsel, hereby moves, unopposed for a one-week extension of time to respond to Plaintiff's Amended Complaint ("Complaint") and in support states as follows:

1. On April 25, 2023, Plaintiff filed her amended pleading alleging (1) Sex Discrimination in Violation of Title VII of the Civil Rights Act of 1964; (2) Sex Discrimination in Violation of The Florida Civil Rights Act of 1992; (3) Age Discrimination in Violation of The Age Discrimination in Employment Act; (4) Age Discrimination in Violation of The Florida Civil Rights Act of 1992; (5) Retaliation in Violation of Title VII of the Civil Rights Act of 1964; and Retaliation in Violation of The Florida Civil Rights Act of 1992.

2. Defendant's response to Plaintiff's Amended Complaint is due on Tuesday, May 9, 2023. Defendant's counsel needs a six-day extension of time to file its response to Plaintiff's amended pleading.

3. Plaintiff does not oppose this request for an extension of time.

CASE NO.: 9:23-cv-80427-SMITH

4. This Motion is being made in good faith and for no improper purpose. No parties will be prejudiced.

5. The undersigned further certifies that this Motion is not being made to delay these proceedings and that it is in the interest of justice to grant an extension of time.

6. A proposed Order granting the instant Motion is submitted concurrently herewith.

WHEREFORE, Defendant Palm Bay International, Inc., respectfully requests that the Court grant Defendant an extension of time through and including Monday, May 15, 2023, to file its response to Plaintiff's Amended Complaint.

## CERTIFICATE OF CONFERRAL

Pursuant to S.D. Fla. Local Rule 7.1, I hereby certify that counsel for Defendant contacted Plaintiff's counsel, Marc Burton, Esq., by electronic mail on April 27, 2023, regarding the relief requested in this Motion. Plaintiff's counsel responded that Plaintiff does not oppose the relief sought herein.

Dated: May 8, 2023.

Respectfully submitted,

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-577-7600

By: *s/Paul F. Penichet*
Paul F. Penichet, Esq.
Florida Bar No. 0899380
Email: *paul.penichet@jacksonlewis.com*
Jodi N. Cohen Esq.
Florida Bar No. 590231
Email: *jodi.cohen@jacksonlewis.com*

*Counsel for Defendant*

CASE NO.: 9:23-cv-80427-SMITH

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on May 8, 2023, on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Paul F. Penichet*
Paul F. Penichet, Esq.

## SERVICE LIST

| | |
|---|---|
| Richard Burton, Esq. | Paul F. Penichet, Esq. |
| Florida Bar No. 179337 | Florida Bar No. 0899380 |
| Email: *rb@theburtonfirm.com* | Email: *paul.penichet@jacksonlewis.com* |
| Marc Burton, Esq. | Jodi N. Cohen, Esq. |
| Florida Bar No. 95318 | Florida Bar No. 590231 |
| Email: *mburton@theburtonfirm.com* | Email: *jodi.cohen@jacksonlewis.com* |
| *pleadings@theburtonfirm.com* | JACKSON LEWIS P.C. |
| THE BURTON FIRM, P.A. | One Biscayne Tower, Suite 3500 |
| 2875 N.E. 191st Street, Suite 403 | 2 South Biscayne Boulevard |
| Aventura, Florida 33180 | Miami, Florida 33131 |
| Telephone: (305) 705-0888 | Telephone: (305) 577-7600 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |