UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 9:23-cv-80427-SMITH

MELANI HENKLE,

    Plaintiff,

v.

PALM BAY INTERNATIONAL, INC.,

    Defendant.

_____/

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT**

**THIS MATTER** having come before the Court upon Defendant, Palm Bay International, Inc.'s Unopposed Motion for Extension of Time to Respond to Plaintiff's Amended Complaint, and the Court having reviewed this matter and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that Defendant's Motion is GRANTED. The Defendant shall have until Monday, May 15, 2023, to respond to Plaintiff's Amended Complaint.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida, this _____ day of May, 2023.

_____
JUDGE RODNEY SMITH
UNITED STATES DISTRICT COURT

cc:    All counsel of record