EEOC Form 5 (11/09)

| # CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [x] FEPA [x] EEOC | 510-2022-06810 |

| Florida Commission on Human Relations | and EEOC |
|---|---|

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Melani Henkle | ▮ | ▮ |

| Street Address | City, State and ZIP Code |
|---|---|
| ▮ | Palm Beach Gardens, FL 33410 |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Palm Bay International, Inc. | Approximately 150-200 | 561-893-9998 |

| Street Address | City, State and ZIP Code |
|---|---|
| 301 Yamato Road, Suite 3130, Boca Raton, FL 33431 | |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| [ ] RACE [ ] COLOR [x] SEX [ ] RELIGION [ ] NATIONAL ORIGIN [ ] RETALIATION [x] AGE [ ] DISABILITY [ ] GENETIC INFORMATION [ ] OTHER (Specify) | Earliest: Approx. 2017 — Latest: June 2022 [ ] CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was subjected to discrimination on the basis of sex and age within the meaning of Title VII of the Civil Rights Act of 1964, the Florida Civil Rights Act of 1992, and the Age Discrimination in Employment Act of 1967. See attached Statement of Melani Henkle.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| *7/15/22* Date — *Melani Henkle* Charging Party Signature | *Melani Henkle* SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

RONNIE POTTER
Notary Public · State of Florida
Commission # HH 247445
My Comm. Expires Mar 31, 2026

28-Jul-2022 18:26 From Marc Burton. Phone #3057050888    FaxZero.com    p.5

Case 9:23-cv-80427-RS  Document 11-1  Entered on FLSD Docket 05/09/2023  Page 2 of 7

## STATEMENT OF MELANI HENKLE

Palm Bay International has a toxic and sexist work atmosphere, where I was repeatedly sexualized, propositioned for sex, made to feel uncomfortable, and treated adversely because of my sex. Ultimately, after numerous sexual episodes, including me repeatedly rejecting my supervisor's sexual advances, I was terminated in favor of a substantially younger man.

**Patrick Cappelini**
**Export Manager for US Cavit Winery**

At Palm Bay, we have market work-withs for all our brand owners, brand managers, export managers, etc. Anyone representing a winery or brand, works our market on a yearly basis. Each manager is from out of town, working the Florida market at least 2, and up to 4 days. We, as field managers, are expected to work with these out of town managers 24/7. "A PBI Person must be with these mgrs at all times."

This includes, working the market during the day, and taking them to accounts to support the brands at night. We needed to treat these managers like owners as they are the representatives of the brands and we are to show them "love" and "roll out the red carpet". Ultimately we are treated like we work for them and that it is our responsibility to make sure we have a successful market visit.

We would sample customers during the day and support the wines/spirits at night all the while we are driving them around.

In 9.5 years, I worked with at least 15 brand representatives and only 3 were female.

One such person was Patrick Cappelini, whom I began to work with in approximately February 2017. After a few days of working with him, he became very sexual through text. He sent unsolicited, inappropriate pictures and texts. This lasted for awhile, and if I did not respond, he would become very irritated and would make comments like "I am your boss,

28-Jul-2022  18:26    From Marc Burton. Phone #3057050888                  FaxZero.com                    p.6

Case 9:23-cv-80427-RS   Document 11-1   Entered on FLSD Docket 05/09/2023   Page 3 of 7

Cavit is the largest brand, and Florida is a very important market." It was in a joking tone but it still made me feel very uncomfortable and obligated to reciprocate.

Unfortunately, I deleted these texts, but I am hopeful that they can be retrieved through discovery, including, if necessary, from the phone service provider.

The last text I received from him was January 9 2020, in which he wrote, "Happy new year, Sexy!"

**Jason Sabo**
**Vanderpump Wines**

Another example of the sexualized atmosphere and pressure at Palm Bay involves my treatment by Jason Sabo.

On or about August 11, 2017, Jason Sabo was hired as a new brand representative for Vanderpump Rose. He worked the market and lead the launch of this brand with the distributor. He is the son-in-law of a Hollywood celebrity, Lisa Vanderpump.

His first night in Florida, we went to dinner and had wine. He proceeded to invite me to his hotel room with some added pressure "that he was considered a celebrity and I would be privileged" to go with him and I did.

This pressure to engage with him was expected each time he came to the market to work, except for when Lisa and Pandora were with him.

On or about January 8, 2018, the same scenario took place at the Fort Lauderdale Renaissance. After work all day, we had dinner and drinks and I was then pressured to go to his hotel room. The same took place on or about February 11, 2019 at the North Ft. Lauderdale Hilton Hotel, and on or about October 1 2019 at the Marker Hotel in Key West.

**Lunny from McGuigan Wines**
**Australia June 2019 West Coast Market Visit**

On or about June 14, 2019, I was scheduled to work with Lunny on the west coast of Florida Naples-Tampa. Same scenario different supplier manager. We work the market

28-Jul-2022 18:26    From Marc Burton. Phone #3057050888          FaxZero.com                    p.7

Case 9:23-cv-80427-RS   Document 11-1   Entered on FLSD Docket 05/09/2023   Page 4 of 7

during the day and dinner account support at night. I was asked to go for a night cap followed up with late night texts insinuating frustration of being alone in hotel room. This was yet another example of the same pressured situation I was continually experiencing.

**Lester Jiménez**
**My Direct Supervisor from November 2017 through June 2022**

On or about November 9, 2017, there was a meeting in Orlando with a coworker to meet as a new team. Lester invited me to come out by the pool to finish the good wine. At the time, I didn't know he did not ask the other field sales manager to come join. He asked if I wanted to finish up the wine in his room. I declined as it was late and it was our first meeting together.

On or about April 16, 2018 at the Taste of Key West, we worked our first real event together and he was always putting hands on my shoulders in front of people like I was his property. It was always very uncomfortable and tried to avoid him if ever alone.

On or about June 19, 2018, we worked together in Naples. After a long day of visiting/supporting accounts, Lester invited me to the pool to finish our wine. When I told him I didn't have a suit he told me to go put on my workout clothes. After some time in the pool where he was uncomfortably close, he said for us to go to his room to finish "the good stuff." He made several attempts to kiss me in the elevator and in his room. I refused to engage and left his room embarrassed and used. Despite my refusal, he persisted and tried again the next night. His behavior was completely out of line and inappropriate. I wish I hadn't had to work with him but he was my boss.

On or about December 6, 2018 at a team meeting in Miami, I was pressured into staying out late once. Again, Lester invited me to his room. It was always 'let's finish the good stuff.' I did not comply and was guilted by it.

28-Jul-2022 18:27    From Marc Burton. Phone #3057050888          FaxZero.com                p.8

Case 9:23-cv-80427-RS   Document 11-1   Entered on FLSD Docket 05/09/2023   Page 5 of 7

On or about April 15, 2019 at Taste of Key West was another event where I felt like he treated me like his property, always having his arm on my shoulder.

There was no travel during Covid. But then, in March 2021, there was a market push on our GFD's (referring to the term that was used: 'Get it f***ing done'). We were told do whatever it takes to get it done. 'Give away the house, make a deal with the devil including me.' I was even offered to use his knee pads insinuating I would need them to get the deal done. I took this mean that I should perform oral sex on a client if that is what it took to get a deal done.

In May 2021 at the South Beach Food and Wine Festival, after working all day, we went to dinner and then to various bars and clubs to support. Lester, myself, and a new hire were in an Uber going the next account. Lester sat next to me with his hands on my thighs rubbing back and forth. I moved his hands away but as soon as I did, he asked the Uber driver to stop and pull over. He got out of the car to vomit in the parking lot. When he got back in, he asked me to take him back to the hotel after we dropped everyone off at the bar. I told him I wasn't going back with him so he left drunk and frustrated. The rest of the weekend was awkward and uncomfortable, and he barely spoke to me.

On or about September 28, 2021 at a team meeting in Orlando, a similar scenario occurred. There was dinner, lots of drinks, and after dinner wine. He invited me to his room. At that point, I went just for one drink but he insisted I stay. He was good at pressuring me so I stayed until we finished a bottle. He tried to kiss me and I left. The next day was a repeat but instead of going out, I chose to leave early so I wouldn't be put in another pressured situation. At 11pm he texted me:

> let's drink 1 more
> 1 last one
> Ok let's watch
> Coming up
> 3...

28-Jul-2022 18:27    From Marc Burton. Phone #3057050888              FaxZero.com                    p.9

Case 9:23-cv-80427-RS   Document 11-1   Entered on FLSD Docket 05/09/2023   Page 6 of 7

Which one
Bed Yet?
Not yet no?
Hello
Coming over then
No?
Lupe
Bed ya?

After the texts, I heard a knock at my door. I kept quiet but he continued to knock. I was frightened at this point, and I knew he was very drunk. I finally texted him that I just woke up.

His attitude toward me then started to change and he was very short with me on several occasions.

Another incident occurred in December 2021 at a team meeting in Miami. After dinner and drinks, I went back to my room to get away from him. He called me to get back down to the lobby and be a team player. I got dressed and went down where he continued to buy me drinks and try one last time to get me to his room. I dismissed him again.

In April 2022 at Taste of Key West, he had me stay an extra night to work the market after the event. He had made sure we were in the same place. We worked together, and at the end of the day, he invited me to his room for drinks. Fortunately, he had another female wine supplier in his room so I was not obligated to stay and drink. This was the last time we were together in person. He was extremely short with me and very authoritative which was a new characteristic from him.

At that time, we were submitting our yearly reviews which were supposed to be reviewed by our managers and discussed together . Everyone on the team received their review but me. Then, on June 1, 2022, I was let go.

Specifically, in June 2021, I was called into a meeting with our new FSM, Nick Sledge, and our boss Lester Jiménez. They cut me out of my territory, left me to call on a few select

28-Jul-2022 18:28 From Marc Burton. Phone #3057050888    FaxZero.com    p.10

Case 9:23-cv-80427-RS   Document 11-1   Entered on FLSD Docket 05/09/2023   Page 7 of 7

accounts, and gave everything else to the new FSM. (Even though he was hired before Covid, he was still considered new since we didn't work in the field).

Since his new position, he has had several complaints from our distributor and various accounts. We worked a meeting in April where he was genuinely concerned that he was on the chopping block ready to be terminated. I even thought he was getting terminated because he had other instances where he acted unprofessionally, but the "boys club" supported him and backed him up and eventually let me go instead. I am 53, Pacific Islander, and female, and I have great relationships with our distributors and accounts. By contrast, he is a 40-something, good looking male with a bad reputation and several complaints.

STATE OF FLORIDA
COUNTY OF *Palm Beach*

Sworn to (or affirmed) and subscribed before me this *15* day of July, 2022, by Melani Henkle.
(Seal)          *Melani Henkle*

*R. Potter*
Signature of Notary Public

*Ronnie Potter*
Print, Type or Stamp Name of Notary

RONNIE POTTER
Notary Public - State of Florida
Commission # HH 247445
My Comm. Expires Mar 31, 2026

Personally Known: _____
OR Produced Identification: **X**
Type of Identification Produced: *FL* ▮▮▮▮▮