# CAVIT COLLECTION

## Together you've made us the #1 ITALIAN WINE IN AMERICA*

VIEW THE COLLECTION

### VIEW THE WINES



### TAKE A VIRTUAL TOUR 360°



### WHERE TO BUY



### ABOUT CAVIT





## Get Social with Us

#CAVIT

 CAVITWINES

    

    

   

   

Load More... Follow on Instagram



**WINES**   **WHERE TO BUY**   **CONTACT US**

**ABOUT**   **NUTRITION FACTS**   **PRIVACY POLICY**

**VIRTUAL TOUR**

 

newsletter sign up

**ORDER ONLINE NOW**



Use of this site is subject to the Use Agreement, Privacy Policy and Trademarks.

*Nielsen xAOC+L 52wks ending 3/25/23

Please enjoy responsibly

© 2023 Palm Bay International Boca Raton, FL.

   CAMPAIGN FINANCED ACCORDING TO EU REG. NO. 1308/2013