Linked in                                                                                    Join now        Sign in



**Jason Sabo**

National Director, Prestige Accounts at Palm Bay International

Los Angeles, California, United States

816 followers · 500+ connections

Sign in to connect

 **Palm Bay International**

 **Pepperdine University, The George L. Graziadio School of…**

## Activity

I'm happy to share that I'm starting a new position as Nevada State Manager at El Cristiano Tequila!

Liked by Jason Sabo

Today was filled with event site tours and client meetings. Something that got my immediate attention and was worth sharing with my #LinkedIn network…

Liked by Jason Sabo

## Experience

 **Palm Bay International**
5 years 10 months

- **National Director, Prestige Accounts**
  Aug 2020 - Present · 2 years 10 months

- **Brand Ambassador**
  Aug 2017 - Present · 5 years 10 months

 **Brand Manager**
Blanca Investments LLC
Jan 2009 - Present · 14 years 5 months




JCI Worldwide Inc.
Jun 2008 - Jun 2010 · 2 years 1 month


**Legislative Correspondent**
United States Senate
Jul 2007 - Feb 2008 · 8 months

## Education


**Pepperdine University, The George L. Graziadio School of Business and Management**
Master of Business Administration (MBA) · Marketing
2010 - 2012

**Pepperdine University**
Bachelor of Arts (B.A.) · Philosophy
2004 - 2008

---

**View Jason's full profile**

🔗 See who you know in common

💬 Get introduced

👥 Contact Jason directly

**Sign in to view full profile**

## People also viewed


**Lisa McGrath**
Field Sales Manager at Palm Bay International
New York, NY


**Pandora Todd**
Marketing Director
Washington, DC


**Pandora Vanderpump-Todd**
Film and Television Production
Santa Monica, CA


**Sonja Tremont-Morgan**
Sonja Morgan Fashion Lifestyle Brand & TV Personality, Philanthropist, Mom, Sonja In Your City Tour 2023
New York, NY


**Sophia Umansky**
Student at The George Washington University
Los Angeles Metropolitan Area


**Brooke Brinson**
--
Beverly Hills, CA


**Ramona Singer**

LinkedIn    Join now    Sign in


Founder Of Vanderpump Companies Inc
New York, NY


**Alexia Umansky**
Student at Emerson College
Beverly Hills, CA


**Gia Giudice**
Criminal Justice Student
United States

Show more profiles 

---

**Explore collaborative articles**

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

Explore More

---

## Others named Jason Sabo


**Jason Sabo**
Associate Director, Healthcare Strategy at Guidehouse
Cleveland, OH


**Jason Sabo**
Development Engineering Manager at Zimmer Biomet
Greater Cleveland


**Jason Sabo**
I help independent insurance agencies THRIVE!
Holly Springs, NC


**Jason Sabo**
Owner, Action Supreme Painting
Apopka, FL

25 others named Jason Sabo are on LinkedIn

See others named Jason Sabo

## Add new skills with these courses

 Creating Marketing Objectives

 How to Rock a Conference

 Cultivating Presence and Impact in a Live and Virtual World

See all courses

## Jason's public profile badge



**Jason Sabo**
National Director, Prestige Accounts at Palm Bay International

National Director, Prestige Accounts at Palm Bay International

Pepperdine University, The George L. Graziadio School of Business and Management

View profile

View profile badges

© 2023

| | |
|---|---|
| Accessibility | About |
| Privacy Policy | User Agreement |
| Cookie Policy | Your California Privacy Choices |
| Brand Policy | Copyright Policy |
| Community Guidelines | Guest Controls |
| | Language |

Join now     Sign in