UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 9:23-cv-80427-SMITH

MELANI HENKLE,

    Plaintiff,

v.

PALM BAY INTERNATIONAL, INC.,

    Defendant.
_____/

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS

Defendant, Palm Bay International, Inc., ("Defendant"), by and through its undersigned counsel, hereby moves, unopposed, for a one-week extension of time to reply to Plaintiff's Response to Motion to Dismiss Amended Complaint ("Complaint") and in support states as follows:

1.    On April 25, 2023, Plaintiff filed her amended pleading alleging (1) Sex Discrimination in Violation of Title VII of the Civil Rights Act of 1964; (2) Sex Discrimination in Violation of The Florida Civil Rights Act of 1992; (3) Age Discrimination in Violation of The Age Discrimination in Employment Act; (4) Age Discrimination in Violation of The Florida Civil Rights Act of 1992; (5) Retaliation in Violation of Title VII of the Civil Rights Act of 1964; and Retaliation in Violation of The Florida Civil Rights Act of 1992.

2.    Defendant filed its Motion to Dismiss Plaintiff's Amended Complaint on May 9, 2023.

3.    Plaintiff filed its Response to Defendant's Motion to Dismiss on May 18, 2023.

CASE NO.: 9:23-cv-80427-SMITH

4. Defendant's Reply to Plaintiff's Response is due Thursday, May 25, 2023. Defendant needs an additional one-week extension of time, up to and including, Friday, June 2, 2023, to file its Reply.

5. Plaintiff has no objection to the requested extension of time.

6. This Motion is being made in good faith and for no improper purpose. No parties will be prejudiced.

7. The undersigned further certifies that this Motion is not being made to delay these proceedings and that it is in the interest of justice to grant an extension of time.

8. A proposed Order granting the instant Motion is submitted concurrently herewith.

WHEREFORE, Defendant Palm Bay International, Inc., respectfully requests that the Court grant Defendant an extension of time through and including Friday, June 2, 2023, to file its Reply to Plaintiff's Response to Defendant's Motion to Dismiss.

**CERTIFICATE OF CONFERRAL**

Pursuant to S.D. Fla. Local Rule 7.1, I hereby certify that counsel for Defendant contacted Plaintiff's counsel, Marc Burton, Esq., by telephone on May 25, 2023, regarding the relief requested in this Motion. Plaintiff's counsel responded that Plaintiff does not oppose the relief sought herein.

Dated: May 25, 2023.                    Respectfully submitted,

JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: 305-577-7600

By: *s/Paul F. Penichet*
Paul F. Penichet, Esq. (Fla. Bar No. 0899380)
Email: *paul.penichet@jacksonlewis.com*
Jodi N. Cohen Esq. (Fla. Bar No. 590231)
Email: *jodi.cohen@jacksonlewis.com*
*Counsel for Defendant*

CASE NO.: 9:23-cv-80427-SMITH

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on May 25, 2023, on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Paul F. Penichet*
Paul F. Penichet, Esq.

## SERVICE LIST

Richard Burton, Esq.
Florida Bar No. 179337
Email: *rb@theburtonfirm.com*
Marc Burton, Esq.
Florida Bar No. 95318
Email: *mburton@theburtonfirm.com*
*pleadings@theburtonfirm.com*
THE BURTON FIRM, P.A.
2875 N.E. 191st Street, Suite 403
Aventura, Florida 33180
Telephone: (305) 705-0888

*Counsel for Plaintiff*

Paul F. Penichet, Esq.
Florida Bar No. 0899380
Email: *paul.penichet@jacksonlewis.com*
Jodi N. Cohen, Esq.
Florida Bar No. 590231
Email: *jodi.cohen@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendant*

4864-3263-3948, v. 2