UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 9:23-cv-80427-SMITH

MELANI HENKLE,

    Plaintiff,

v.

PALM BAY INTERNATIONAL, INC.,

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS

**THIS MATTER** having come before the Court upon Defendant, Palm Bay International, Inc.'s Unopposed Motion for Extension of Time to File Reply to Plaintiff's Response to Motion to Dismiss, and the Court having reviewed this matter and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that Defendant's Motion is GRANTED.  The Defendant shall have until Friday, June 2, 2023, to file Reply to Plaintiff's Response to Motion to Dismiss.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida, this _____ day of May 2023.

_____
JUDGE RODNEY SMITH
UNITED STATES DISTRICT COURT

cc:    All counsel of record

4859-8296-8166, v. 1