UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 9:23-cv-80427-SMITH

MELANI HENKLE,

     Plaintiff,

v.

PALM BAY INTERNATIONAL, INC.,

     Defendant.

_____/

**JOINT MOTION FOR EXTENSION OF TIME**
**FOR THE PARTIES TO FILE JOINT SCHEDULING REPORT**

Plaintiff, Melani Henkle ("Plaintiff") and Defendant, Palm Bay International, Inc., ("Defendant"), (collectively, the "Parties"), by and through its undersigned counsel, move for a twenty-day extension of time for the parties to file a Joint Scheduling Report. In support of this Motion, the Parties state as follows:

1.    On April 25, 2023, Plaintiff filed her amended pleading alleging (1) Sex Discrimination in Violation of Title VII of the Civil Rights Act of 1964; (2) Sex Discrimination in Violation of The Florida Civil Rights Act of 1992; (3) Age Discrimination in Violation of The Age Discrimination in Employment Act; (4) Age Discrimination in Violation of The Florida Civil Rights Act of 1992; (5) Retaliation in Violation of Title VII of the Civil Rights Act of 1964; and Retaliation in Violation of The Florida Civil Rights Act of 1992.

2.    On May 17, 2023, this Court entered an Order Requiring Joint Scheduling Report, Certificates of Interested Parties and Corporate Disclosure Statements to be file by June 6, 2023. [ECF No. 13].

3.      The Parties have been working to prepare the Joint Scheduling Report, however, the Parties need more time to comply with the Court's Order to exchange initial disclosures, which the Parties will be able to do within the next ten days. Thereafter, the Parties will reconvene their joint scheduling conference and amend the draft Joint Scheduling Report as necessary. Extending the time to file the Joint Scheduling Report will allow the Parties more time to comply with the Court's Order and confirm the proposed deadlines in their Joint Scheduling Report.

4.      Further, Plaintiff's counsel's law office is closed due to flooding, making it more difficult for the Parties to finalize by the report by the deadline in this Court's Order.

5.      This Motion is being made in good faith and not for purposes of delay. Moreover, no party will be prejudiced by the granting of this Motion.

6.      A proposed Order granting the instant Motion is submitted concurrently herewith.

WHEREFORE, the Parties respectfully request that the Court grant the Parties' request for an extension of time through and including June 26, 2023, to file its Joint Scheduling Report.

Dated: June 6, 2023.                    Respectfully submitted,

BY: *s/Marc Burton*
    Richard Burton, Esq.
    Florida Bar No. 179337
    Email: *rb@theburtonfirm.com*
    Marc Burton, Esq.
    Florida Bar No. 95318
    Email: *mburton@theburtonfirm.com*
    *pleadings@theburtonfirm.com*
    THE BURTON FIRM, P.A.
    2875 N.E. 191st Street, Suite 403
    Aventura, Florida 33180
    Telephone: (305) 705-0888
    *Counsel for Plaintiff*

BY: *s/ Paul F. Penichet*
    Paul F. Penichet, Esq.
    Florida Bar No. 0899380
    Email: *paul.penichet@jacksonlewis.com*
    Jodi N. Cohen, Esq.
    Florida Bar No. 590231
    Email: *jodi.cohen@jacksonlewis.com*
    JACKSON LEWIS P.C.
    One Biscayne Tower, Suite 3500
    2 South Biscayne Boulevard
    Miami, Florida 33131
    Telephone: (305) 577-7600
    *Counsel for Defendant*

CASE NO.: 9:23-cv-80427-SMITH

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document is being served on June 6, 2023, on all counsel of record on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Paul F. Penichet
Paul F. Penichet, Esq.

## SERVICE LIST

| | |
|---|---|
| Richard Burton, Esq. | Paul F. Penichet, Esq. |
| Florida Bar No. 179337 | Florida Bar No. 0899380 |
| Email: *rb@theburtonfirm.com* | Email: *paul.penichet@jacksonlewis.com* |
| Marc Burton, Esq. | Jodi N. Cohen, Esq. |
| Florida Bar No. 95318 | Florida Bar No. 590231 |
| Email: *mburton@theburtonfirm.com* | Email: *jodi.cohen@jacksonlewis.com* |
| *pleadings@theburtonfirm.com* | JACKSON LEWIS P.C. |
| THE BURTON FIRM, P.A. | One Biscayne Tower, Suite 3500 |
| 2875 N.E. 191st Street, Suite 403 | 2 South Biscayne Boulevard |
| Aventura, Florida 33180 | Miami, Florida 33131 |
| Telephone: (305) 705-0888 | Telephone: (305) 577-7600 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

4872-2981-2328, v. 1