UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 9:23-cv-80427-SMITH

MELANI HENKLE,

    Plaintiff,

v.

PALM BAY INTERNATIONAL, INC.,

    Defendant.
_____/

**ORDER GRANTING PARTIES' JOINT MOTION FOR EXTENSION OF TIME FOR THE PARTIES TO FILE JOINT SCHEDULING REPORT**

**THIS MATTER** having come before the Court upon the Parties Joint Motion for Extension of Time for the Parties to File Joint Scheduling Report, and the Court having reviewed this matter and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that join motion is GRANTED. The Parties shall have until June 26, 2023, to file the Joint Scheduling Report in the form required by the Court's Order Requiring Joint Scheduling Report, Certificates of Interested Parties and Corporate Disclosure Statements, ECF No. 13.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida, this _____ day of June 2023.

                                                _____
                                                JUDGE RODNEY SMITH
                                                UNITED STATES DISTRICT COURT

cc:    All counsel of record

4871-1663-3192, v. 1