UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 9:23-cv-80427-SMITH

MELANI HENKLE,

    Plaintiff,

v.

PALM BAY INTERNATIONAL, INC.,

    Defendant.
_____/

**PROPOSED SCHEDULING ORDER SETTING
CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **September 9, 2024.** If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on Tuesday, September 3, 2024.** The parties shall adhere to the following schedule:

| # | Task | Deadline |
|---|------|----------|
| 1. | Joinder of any additional parties and filing of motion to amend the pleadings by | **Aug. 11, 2023** |
| 2. | Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date, and place for mediation by | **July 14, 2023** |
| 3. | Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **Mar. 1, 2024** |
| 4. | Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by | **Mar. 1, 2024** |
| 5. | Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2) by | **Apr. 5, 2024** |
| 6. | Written lists containing the names and addresses of all fact witnesses including rebuttal witnesses, intended to be called at trial by | **Jan. 12, 2024** |

CASE NO.: 9:23-cv-80427-SMITH

7. Fact discovery shall be completed by · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · **Mar. 15, 2024**

8. Expert discovery shall be completed by · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · **May 17, 2024**

9. Mediation shall be completed by · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · **Mar. 31, 2024**

10. Dispositive motions, including summary judgment and *Daubert,* shall be filed by · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · **Apr. 12, 2024**

11. Deposition designations and counter designations shall be filed by · · · · **June 21, 2024**

    The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. Failure to comply with deadline and the meet and confer may result in objections being stricken or other appropriate sanctions.

12. All pretrial motions and memoranda of law, including motions *in limine,* shall be filed by · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · **Aug. 2, 2024**

    Prior to filing any motions *in limine,* the parties shall meet and confer in a good faith effort to resolve any issues. If a party has multiple motions *in limine,* they shall be filed as a single omnibus motion. All motions *in limine* and the responses shall be limited to one page per issue. No replies shall be permitted.

13. Joint pretrial stipulation, deposition designations and counter-designations, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law shall be filed by · · · · · · · **Aug. 9, 2024**

    When the parties cannot agree on specific jury instructions, the submitted instructions shall clearly indicate which party has proposed the specific instruction. The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida on this _____ day of _____ 2023.

_____
HONORABLE RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   Counsel of record