UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 9:23-cv-80427-SMITH

MELANI HENKLE,

    Plaintiff,

v.

PALM BAY INTERNATIONAL, INC.,

    Defendant.
_____/

**ELECTION TO JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

1. **Motions to Dismiss**　　　　　　　　Yes ____　No  X
2. **Motions for Summary Judgment**　Yes ____　No  X
3. **Motions for Attorneys' Fees**　　　Yes ____　No  X
4. **Motions for Costs**　　　　　　　　Yes ____　No  X
5. **Motions for Sanctions**　　　　　　Yes ____　No  X
6. **All Pretrial Motions**　　　　　　　Yes ____　No  X
7. **Discovery**　　　　　　　　　　　　Yes  X　No ____
8. **Other (*explain below*)**　　　　　　Yes ____　No  X

Dated:  June 26, 2023

Respectfully submitted,

By: *s/ Marc A. Burton*
Richard Burton, Esq.
Florida Bar No. 179337
Email: *rb@theburtonfirm.com*
Marc A. Burton, Esq.
Florida Bar No. 95318
Email: *mburton@theburtonfirm.com*
THE BURTON FIRM, P.A.
2875 N.E. 191st Street, Suite 403
Aventura, FL 33180
Telephone: (305) 705-0888

*Counsel for Plaintiff*

By: *s/ Paul F. Penichet*
Paul F. Penichet, Esq.
Florida Bar No. 0899380
Email: *paul.penichet@jacksonlewis.com*
Jodi N. Cohen, Esq.
Florida Bar No. 590231
Email: *jodi.cohen@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600

*Counsel for Defendant*